UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60691

YIP, LLC,

        Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

        Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Darren A. Heitner of the law firm of Heitner Legal P.L.L.C. hereby enters his appearance as counsel for Defendants, powlance, hothuo, LONPYAO, and Create With Heart in the above-captioned matter. All correspondence, pleadings, and Court notices should be served upon him accordingly.

September 23, 2021

    Respectfully submitted,

    HEITNER LEGAL, P.L.L.C.

    By: /s/ Darren A. Heitner
    Darren A. Heitner (Fla. Bar No. 85956)
    215 Hendricks Isle
    Ft. Lauderdale, Florida 33301
    Telephone: (954) 558-6999
    E-mail: darren@heitnerlegal.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF to the parties listed on the service list thereof on September 23, 2021

        By: __/s/ Darren A. Heitner_____
        DARREN A. HEITNER
        Florida Bar No.: 85956
        Darren@HeitnerLegal.com