**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60691-CIV-SMITH**

YIP, LLC,

        Plaintiff,

v.

365 HYGIENE STORE, *et al.*,

        Defendants.

_____/

**CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO THE CONSENT JUDGMENT DEFENDANTS IDENTIFIED ON SCHEDULE "A" HERETO**

This matter is before the Court on Plaintiff's Motion for Entry of Consent Final Judgment and Permanent Injunction as to certain Defendants (the "Motion") [DE 54], filed on October 8, 2021. The Court has reviewed the Motion and the record and is otherwise fully advised in the premises.

Plaintiff, YIP, LLC ("Plaintiff"), and the Defendants identified on Schedule "A" hereto (collectively, the "Consent Judgment Defendants"), stipulate and consent to the following:

**WHEREAS**, the Consent Judgment Defendants allegedly adopted and began using trademarks in the United States that infringe the distinctive quality of Plaintiff's various registered trademarks identified in Paragraph 16 and Composite Exhibit "1" of Plaintiff's Amended Complaint [DE 19] (the "YIP Marks");

**WHEREAS**, each of the Consent Judgment Defendants' use of names and marks which incorporate one or more of the YIP Marks is likely to cause confusion as to source or origin;

**WHEREAS**, the parties desire to settle and have amicably resolved their dispute to each of their satisfaction; and

**WHEREAS**, based upon Plaintiff's good faith prior use of the YIP Marks, Plaintiff has superior and exclusive rights in and to the YIP Marks in the United States and any confusingly similar names or marks.

**IT IS STIPULATED, ORDERED, AND ADJUDGED as follows:**

1. Plaintiff's Motion [DE 54] is **GRANTED**. Final Judgment is entered in favor of Plaintiff and against each of the Consent Judgment Defendants.

2. Each of the Consent Judgment Defendants and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby permanently restrained and enjoined from:

   a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using the YIP Marks;

   b. using the YIP Marks in connection with the sale of any unauthorized goods;

   c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Consent Judgment Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

   d. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

   e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Consent Judgment Defendants are in any way endorsed by, approved by, and/or associated with Plaintiff;

f. using any reproduction, counterfeit, copy, or colorable imitation of the YIP Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Consent Judgment Defendants;

g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent the Consent Judgment Defendants' goods as being those of Plaintiff, or in any way endorsed by Plaintiff;

h. offering such goods in commerce and from otherwise unfairly competing with Plaintiff;

i. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the YIP Marks; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (i).

3. Plaintiff shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure by any of the Consent Judgment Defendants to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorney's fees and costs.

4. This Consent Final Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

5. Each party shall bear its own attorney's fees and costs.

6. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Final Judgment for one (1) year following the date of this Order.

7. Alibaba.com Hong Kong Limited, which operates the AliExpress.com platform ("AliExpress"), Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. ("Ant Financial Services"), AliPay (China) Internet Technology Co. Ltd., Alipay.com Co., Ltd., and Alipay Singapore E-Commerce Private Limited (collectively, "Alipay"), Amazon Payments, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), SIA Joom, which operates the Joom.com website ("Joom"), and ContextLogic, Inc., which operates the Wish.com website ("ContextLogic") and their related companies and affiliates shall (1) disburse the funds of each of the Consent Judgment Defendants restrained pursuant to the Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order, dated April 26, 2021 [DE 10] (the "TRO"), as directed by the Plaintiff's counsel; (2) upon transfer of the funds to the Plaintiff as required herein, Alipay, Amazon, PayPal, Joom, and ContextLogic shall remove any restraints that were placed on each of the Consent Judgment Defendants' Alipay, Amazon, PayPal, Joom, and ContextLogic accounts pursuant to the TRO; and (3) return each of the Consent Judgment Defendants' accounts back to an unrestrained

status in accordance with Alipay's, Amazon's, PayPal's, Joom's, and ContextLogic's operating procedures and contract for services with each of the Consent Judgment Defendants.

      8.    The Amended Motion to vacate Default [DE 48] filed by Defendant liulinxiaofangheus is **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of October, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record

**SCHEDULE "A"**
**CONSENT JUDGMENT DEFENDANTS BY NUMBER, SELLER ID, AND**
**INDIVIDUAL, BUSINESS ENTITY, OR UNINCORPORATED ASSOCIATION**

| Def. No. | Seller ID | Individual, Business Entity, or Unincorporated Association |
|---|---|---|
| 5 | A&H Store | He Qiuxiang |
| 7 | ABKB 318 Store | |
| 8 | Ableqsg Store | |
| 13 | AK72 Store | |
| 15 | Andrey discount Store | |
| 18 | Appliance Daily Store | |
| 20 | appliance parts search 93 Store | |
| 23 | AS50 Store | |
| 26 | BABD Store | |
| 27 | barber without hair Store | |
| 29 | beautyhealthcare Store | |
| 30 | BeFashion Store | |
| 32 | Char's Store | |
| 34 | Cikuso Franchise Store | |
| 36 | CXJ Store | |
| 39 | Dianguangzi electrical accessories Store | |
| 41 | Dugson Store | |
| 42 | Electrical appliances life Store | |
| 44 | EL-TECH Store | |
| 46 | Extraordinary Appliances Store | |
| 48 | Fish Stars Store | |
| 49 | FongLife Store | |
| 53 | Gesang Store | |
| 64 | LICE Specialist Appliances Store | |
| 72 | Mr. Ant Store | |
| 74 | Multiple forces Store | |
| 75 | Muzi Appliance Store | |
| 79 | Powerly of life Store | |
| 82 | Professionoal Appliance Store | |

| | | |
|---|---|---|
| 84 | Refined appliances-X Store | |
| 85 | Relaxing Life Store | |
| 87 | Satisfy Store | |
| 90 | SHINY Homehelper Store | |
| 94 | Shop4677023 Store | |
| 96 | Shop900245396 Store | |
| 102 | Small Appliances Accessories Store | |
| 110 | Warm Your Houses Store | |
| 114 | wuliAF starts Store | |
| 117 | Yomayka house-hold appliances Store | |
| 140 | HTNBO Direct | Nie Jiao |
| 153 | liulinxiaofangheus | Liu Lin |
| 157 | MaiLang | Dong Yueying |